**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | | |
|---|---|---|
| GALE MARIE WILLIAMS, | ) | Case No. EDCV 18-1023-AS |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 18, 2019

_____
/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE